IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANTHONY PAPPALARDO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXACTECH, INC., WILLIAM PETTY, DAVID W. PETTY, JAMES G. BINCH, WILLIAM B. LOCANDER, RICHARD C. SMITH, FERN S. WATTS, W. ANDREW KRUSEN, JR., OSTEON HOLDINGS, L.P., OSTEON MERGER SUB, INC., and TPG CAPITAL L.P.,<br><br>Defendants, | Case No. 1:17-cv-00303-MW-GRJ |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Anthony Pappalardo ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to claims on behalf of the putative class in the Action.  No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: April 30, 2018                                    **CULLIN O'BRIEN LAW, P.A.**

                                                   By:   *s/Cullin O'Brien*

| | |
|---|---|
| **OF COUNSEL**: | Cullin A. O'Brien |
| | 6541 N.E. 21st Way |
| **ROWLEY LAW PLLC** | Ft. Lauderdale, FL 33308 |
| Shane T. Rowley | (561) 676-5370 |
| Danielle Rowland Lindahl | |
| 50 Main Street, Suite 1000 | *Attorneys for Plaintiff* |
| White Plains, NY 10606 | |
| Tel: (914) 400-1920 | |
| Fax: (914) 301-3514 | |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that this Monday April 30, 2018 he has emailed a copy of the foregoing to counsel for Defendants at NEIMETHC@gtlaw.com, Christopher.Green@ropesgray.com, and Martin.Crisp@ropesgray.com.

**CULLIN O'BRIEN LAW, P.A.**

*s/Cullin O'Brien*
Cullin A. O'Brien
6541 N.E. 21st Way
Ft. Lauderdale, FL 33308
(561) 676-5370

*Attorneys for Plaintiff*